

5300 Port Royal Road, Springfield, VA 22151
Tel 703.321.7600   Fax 703.321.0009
exports@paxton.com   www.paxton.com

| | INVOICE NUMBER: | INVOICE DATE: |
|---|---|---|
| | S555205.002 | 12/23/2014 |

**Bill To: REISYS**

Reimers Systems
8210-D Cinder Bed Rd
Lorton, VA  USA  22079
Attn: Mike Kenttta

| Commodity: | Monoplace Hyperbaric Chambers |
|---|---|
| Origin: | Lorton, VA  USA |
| Destination: | Bangkok, Thailand |
| Weight: | 12000 net lbs. |
| Mode: | SEA |

Port Charges thru January 7th per outlay                                                                 $10,926.00

| | |
|---|---|
| **Total Amount Due:** | **$10,926.00** |
| Amount Due After 30 Days | $11,089.89 |
| Interest is accrued at 1.5% per month | |

**Wire Transfer Details**

| Branch Banking and Trust | ABA Routing No. | 051404260 |
| 8200 Greensboro Drive, 10th Floor | ACH'S Routing No. | |
| McLean, VA 22102 | Swift Code | BRBTUS33 |
| (703) 442-4006 / Fax (703) 422-4025 | Account Title | Paxton Van Lines, Inc. |
| Attn: Norma Ricketts | Account No. | 5235428360 |

(Please indicate invoice number and customer number when wiring payment)

### Thank you for choosing *The Paxton Companies*

All invoices are due and payable upon receipt.
All invoices are subject to the Paxton Companies standard terms and conditions of business.
A copy of these terms and conditions is available upon request.

PLEASE RETURN ONE COPY OF INVOICE WITH YOUR PAYMENT.
In support of our commitment to the environment, Paxton has achieved ISO 14001 certification.
As a result, effective January 1, 2009 all invoicing will be done electronically.
Paper copies of invoices and back up documentation will no longer be dispersed by mail; without written request.

FORM REVISION: 02/13/2009

FEDERAL I.D. NO. 54-0585256





| Description | Charge | Days | Charges for 20' | Description | Charge | Days | Charges for 40' FR |
|---|---|---|---|---|---|---|---|
| D/O | | | $ 50.00 | | | | $ 50.00 |
| Cleaning | | | $ 10.00 | | | | $ 20.00 |
| THC | | | $ 90.00 | | | | $ 150.00 |
| Special Equipment charges | | | | | | | $ 770.00 |
| 5 days free | | | | 3 days free | | | |
| Arrival on 11/26/2014 | | | | Arrival on 12/8/2014 | | | |
| Demurrage @ 6-11 days (thru Dec 6) | $ 20.00 | 6 | $ 120.00 | Demurrage @ 6-11 days(thru Dec 16) | $ 55.00 | 6 | $ 330.00 |
| Detention @ 6-11 days (thru Dec 6) | $ 20.00 | 6 | $ 120.00 | Detention @ 6-11 days (thru Dec 16) | $ 55.00 | 6 | $ 330.00 |
| Demurrage @ 12-20 days(thru Dec 20) | $ 32.00 | 9 | $ 288.00 | Demurrage @ 12-20 days(Thru Dec 25) | $ 78.00 | 9 | $ 702.00 |
| Detention @ 12-20 days(thru Dec 20) | $ 32.00 | 9 | $ 288.00 | Detention @ 12-20 days(Thru Dec 25) | $ 78.00 | 9 | $ 702.00 |
| Demurrage @ 21 days +(thru Dec 25) | $ 90.00 | 5 | $ 450.00 | Demurrage @ 21 days + | $ 141.00 | | $ 141.00 |
| Detention @ 21 days +(thru Dec 25) | $ 90.00 | 5 | $ 450.00 | Detention @ 21 days + | $ 141.00 | | $ 141.00 |
| Total Charges 20' up to December 25: | | | $ 1,866.00 | Total Charges 40'FR up to December 25: | | | $ 3,054.00 |
| 26-Dec | | | $ 2,046.00 | 26-Dec | | | $ 3,336.00 | 5,382.00 |
| 27-Dec | | | $ 2,226.00 | 27-Dec | | | $ 3,618.00 | 5,844.00 |
| 28-Dec | | | $ 2,406.00 | 28-Dec | | | $ 3,900.00 | 6,306.00 |
| 29-Dec | | | $ 2,586.00 | 29-Dec | | | $ 4,182.00 | 6,768.00 |
| 30-Dec | | | $ 2,766.00 | 30-Dec | | | $ 4,464.00 | 7,230.00 |
| 31-Dec | | | $ 2,946.00 | 31-Dec | | | $ 4,746.00 | 7,692.00 |
| 1-Jan | | | $ 3,126.00 | 1-Jan | | | $ 5,028.00 | 8,154.00 |
| 2-Jan | | | $ 3,306.00 | 2-Jan | | | $ 5,310.00 | 8,616.00 |
| 3-Jan | | | $ 3,486.00 | 3-Jan | | | $ 5,592.00 | 9,078.00 |
| 4-Jan | | | $ 3,666.00 | 4-Jan | | | $ 5,874.00 | 9,540.00 |
| 5-Jan | | | $ 3,846.00 | 5-Jan | | | $ 6,156.00 | 10,002.00 |
| 6-Jan | | | $ 4,026.00 | 6-Jan | | | $ 6,438.00 | 10,464.00 |
| 7-Jan | | | $ 4,206.00 | 7-Jan | | | $ 6,720.00 | 10,926.00 |
| | | | | Total Charges Due 20' + 40' FR | | | $ 4,920.00 |